UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| EDGECOMBE COUNTY SOCIAL SERVICES and NANNIE E. MILLS, <br> Plaintiffs, <br><br> v. <br><br> LLOYD B. WALLACE <br> Defendant. | **JUDGMENT** <br><br> No. 4:21-CV-78-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of the magistrate judge's memorandum and recommendations.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 16, 2021, more particularly described therein, that the captioned action be and hereby is remanded to Edgecombe County Superior Court.

**This Judgment Filed and Entered on July 16, 2021, and Copies To:**
Lloyd B. Wallace  (via US mail) 160 Chandler Field Drive, Convington, GA 30016
The Honorable Carol White  (via U.S. Mail at Edgecombe County Clerk of Superior Court, P. O. Drawer 9, Tarboro, NC 27886)

July 16, 2021                              PETER A. MOORE, JR., CLERK

                                           /s/ Sandra K. Collins
                                           (By) Sandra K. Collins, Deputy Clerk